DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY BAUMHOR,**
Appellant,

v.

**ANDREW BAUMHOR,**
Appellee.

No. 4D2023-1287

[February 15, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caryn Siperstein, Judge; L.T. Case No. 502023DR001545.

Larry Baumhor, Philadelphia, PA, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***